No. 01-9251.   HIGH ET UX. v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 01-9253.   GWIAZDZINSKI v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 01-9255.   TATUM v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 01-9256.   TWITTY v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 01-9258.   BROWN v. FLEMING, WARDEN.   C. A. 10th Cir.
Certiorari denied.

No. 01-9259.   MARO v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 01-9262.   MILLS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01-9266.   EVANS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 01-9267.   DAVENPORT v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 01-9271.   COLEMAN v. UNITED STATES.   Ct. App. D. C.
Certiorari denied.

No. 01-9275.   MALDONADO v. UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 01-9276.   LEDEZMA-AMEZQUITA v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 01-9278.   MADEJ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01-9281.   PEREZ v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 01-9282.   OLASEBIKAN v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 01-9288.   THROWER v. MENGEL, CLERK, SUPREME COURT
OF OHIO, ET AL.   C. A. 6th Cir.   Certiorari denied.